UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
AUG 10 2017
CLERK, US DISTRICT COURT
NORFOLK, VA

CAO YINTANG, #A-079-339-456,

    Petitioner,

v.                                       Civil Action No. 2:17-CV-30

RICHARD CROPP, *et al.*,
    Respondents.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner, an immigration detainee, seeks relief from detention pending his deportation to his country of citizenship, China.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Because Petitioner was released from custody subject to an order of supervision, the Magistrate Judge filed a Report and Recommendation on June 22, 2017, recommending his petition be denied and dismissed as moot. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. Petitioner's copy was mailed to his address of record because he had not provided the court with any new address as required by Local Rule 7(B).[1] The Court has received no objections to the Magistrate Judge's Report and Recommendation and the time for filing objections has now expired.

---

[1] Petitioner's copy of the Report was returned as undeliverable and the Magistrate Judge directed another copy of the Report be mailed to Petitioner at the address provided on the Order of Supervision attached to Respondent's brief in support of motion to dismiss.

1

Accordingly, the Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed June 22, 2017, and it is, therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED as moot.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to petitioner at the address on record with the court and to the address listed on his Order of Supervision, 2495 South Mason Drive, Apt. 935, Katy, Texas, 77450, and provide an electronic copy of the Final order to counsel of record for respondent.

/s/
_____
RAYMOND A. JACKSON
CHIEF UNITED STATES DISTRICT JUDGE

August 10, 2017